**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1789

In Re:  JOHN T. COPLEY,

                Debtor.

- - - - - - - - - - - - -

JOHN T. COPLEY,

                Debtor - Appellant,

        v.

H. LYNDEN GRAHAM, JR.; US TRUSTEE,

                Trustees - Appellees,

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:06-cv-00240; BK-97-30131)

Submitted:  February 28, 2008        Decided:  March 3, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John T. Copley, Appellant Pro Se.  Lynn B. Pollard, HAMILTON, BURGESS, YOUNG & POLLARD, PLLC, Fayetteville, West Virginia; Douglas A. Kilmer, OFFICE OF THE UNITED STATES TRUSTEE, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John T. Copley appeals from the district court's orders affirming the bankruptcy court's order and denying his motion for reconsideration.  We have reviewed the record and decisions of the bankruptcy court and the district court and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Copley v. Graham, Nos. 3:06-cv-00240; BK-97-30131 (S.D.W. Va. July 10 & 20, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED